IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LAVITA NEWSOME**
**#217165**                                                                                        **PLAINTIFF**

v.                              No. 4:23-cv-1132-JM

**PULASKI COUNTY SCHOOL**
**DISTRICT and DOE, Sylvan High**
**School Registrar**                                                                    **DEFENDANTS**

## ORDER

LaVita Newsome's Complaint (Doc. 1) is dismissed without prejudice because she failed to pay the filing fee or submit a complete motion to proceed *in forma pauperis*. (Doc. 2). Furthermore, she has failed promptly advise the Clerk of her change in address as required by the Court's rules. LOCAL RULE 5.5(c)(2).

IT IS SO ORDERED this 23rd day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE