IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LAVITA NEWSOME**
**#217165**                                                                                      **PLAINTIFF**

v.                              No. 4:23-cv-1132-JM

**PULASKI COUNTY SCHOOL**
**DISTRICT and DOE, Sylvan High**
**School Registrar**                                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ORDERED this 23rd day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE